## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Heather Swanberg

        Plaintiff,

v.                 Case No.: 1:21−cv−06496
                  Honorable Franklin U. Valderrama

Trader Joe's Company

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 8, 2022:

  MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, the Court grants the parties' agreed motion for extension of time to respond to the complaint and submit the joint status report [10]. The deadline for Trader Joe's to respond to Plaintiff's Class Action Complaint is extended to 5/11/2022, and the deadline for the parties' joint initial status report is extended to 5/25/2022. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.